1  Jeremy Branch, Bar No. 303240
   28544 Old Town Front St., Suite 201
2  Temecula, CA 92590
   866-329-9217
3  Email: jeremyb@jlohman.com
   Attorney for Plaintiff, Mary Jo Ten Pas
4
                  **UNITED STATES DISTRICT COURT**
5                 **CENTRAL DISTRICT OF CALIFORNIA**

6  MARY JO TEN PAS,              )   **Case No.:** 8:20-cv-01335 SB-DFM
                                  )
7           Plaintiff,            )
                                  )
8       vs.                       )
                                  )   **NOTICE OF SETTLEMENT**
9  BARCLAYS BANK DELAWARE and )
   EXPERIAN INFORMATION           )
10 SOLUTIONS, INC.,               )
                                  )
11          Defendants.           )

12
       **NOTICE IS HEREBY GIVEN** that Plaintiff Mary Jo Ten Pas ("Plaintiff")
13
   and Defendant Experian Information Solutions, Inc. ("Experian") have reached
14
   settlement in the above-captioned matter. The parties are finalizing settlement
15
   documents and intend to file a joint stipulation of dismissal once they are executed.
16
   Therefore, Plaintiff respectfully requests forty-five (45) days in order to finalize and
17
   execute settlement documents, and subsequently notify the Court of dismissal.
18
                                    RESPECTFULLY SUBMITTED,
19
   Dated: December 18, 2020
                                    By: /s/ Jeremy Branch
20                                  Jeremy Branch, Bar No. 303240

|   |   |
|---|---|
| 1 | 28544 Old Town Front St., Suite 201 |
| 2 | Temecula, CA 92590 |
|   | 866-329-9217 |
| 3 | Email: jeremyb@jlohman.com |
|   | Attorney for Plaintiff, Mary Jo Ten Pas |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Settlement as was filed using the Court's CM/ECF system, which will notify all attorneys of record.

Dated: December 18, 2020          Respectfully submitted,

                                              Law Offices of Jeffrey Lohman, P.C.

                                              By: s/ *Jeremy Branch*
                                                 Jeremy Branch, Esq.
                                                 Attorney for Plaintiff