FILED
CLERK, U.S. DISTRICT COURT

January 5, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARY JO TEN PAS,                            )    **Case No.:** 8:20-cv-01335 SB (DFMx)
                                            )
            Plaintiff,                      )
                                            )
     vs.                                    )    **ORDER OF DISMISSAL AS TO**
                                            )    **EXPERIAN INFORMATION**
BARCLAYS BANK DELAWARE and )                     **SOLUTIONS, INC.**
EXPERIAN INFORMATION                        )
SOLUTIONS, INC.,                            )
                                            )
            Defendants.                     )
                                            )

Plaintiff, Mary Jo Ten Pas ("Plaintiff"), and Defendant, Experian Information

Solutions, Inc. ("Experian") (collectively the "Parties"), having filed a Joint

Stipulation of Dismissal as to Experian Information Solutions, Inc., and the Court

otherwise being sufficiently advised.

It is HEREBY ORDERED that Plaintiff's claims against Defendant Experian

Information Solutions, Inc. are DISMISSED with prejudice.

     **IT IS SO ORDERED.**

Dated:  January 5, 2021          _____
                                 STANLEY BLUMENFELD, JR
                                 United States District Court Judge